## Lillie Jane Rosenstiel, Appellee, v. Otto Viernow, Appellant.

Gen. No. 43,821.

opinion filed November 18, 1946; released for publication December 4, 1946. Marx Loehwing, for appellant; Edward J. Green, for appellee. Opinion by JUSTICE NIEMEYER. **Not to be published in full.**